## Charles Jackson v. The People.

Error will not lie on a conviction in the Recorder's Court of Detroit for an offense against a city ordinance.

*Decided May 25th.*